E-FILED
Wednesday, 17 June, 2026 03:51:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Gary Murray, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| Sharon Hill, | ) | **Jury Trial Demand** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, Gary Murray, by and through its attorneys, Miller, Hall & Triggs, LLC, complains of Defendant, Sharon Hill.  For its Complaint, Plaintiff states as follows:

### PARTIES TO THE ACTION

1.    Gary Murray (hereinafter, "Murray"), Plaintiff, is a citizen of the Commonwealth of Pennsylvania.

2.    Sharon Hill (hereinafter, "Hill"), Defendant, is a citizen of the State of Illinois. Hill resides in the City of Peoria, Peoria County, Illinois.

### JURISDICTION AND VENUE

3.    There is complete diversity of citizenship between Plaintiff (Murray) and Defendant (Hill), where Plaintiff is a citizen of the Commonwealth of Pennsylvania and Defendant is a citizen of the State of Illinois.

4.    The amount in controversy, in the claim hereinafter pleaded, exclusive of interest and costs, exceeds seventy-five thousand dollars ($75,000.00).

5.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1).

6. Venue is appropriate in the Central District of Illinois, pursuant to 28 U.S.C.A. § 1391(b)(1), whereas Hill, the sole defendant in this case, resides within the Central District of Illinois.

7. Venue is also appropriate in the Central District of Illinois, pursuant to 28 U.S.C.A. § 1391(b)(2), as the events that are the basis of the claim (defamation per se), all transpired within said judicial district.

## CLAIM FOR RELIEF: DEFAMATION PER SE

8. Murray is a professional developer of real estate. Within Illinois, Murray operates through MTD Peoria, LLC (hereinafter, "MTD"), a limited liability company, created and organized under the laws of the Commonwealth of Pennsylvania and registered, with the Illinois Secretary of State, to do business within Illinois.

9. Murray is a manager and member of MTD.

10. Murray is developing several lots of residential real property, owned by MTD, that are located within the Village Grande at Ancient Oaks Homeowners Association (hereinafter, the "HOA"). The lots of residential real property under the actual or putative governance and covenants of the HOA are all within the City of Peoria, Peoria County, Illinois.

11. Murray is well known within the HOA where MTD's development of its properties within the HOA has been the subject of litigation and much discussion by the HOA's Board of Directors.

12. At all relevant times, Hill was, and is, the Secretary of the HOA's Board of Directors.

13. On or about May 12, 2025, Hill sent text messages to residents of the HOA and members of the HOA's Board of Directors, including Oliver Youngren, Dave Gullett, Don

Flemming , Russ Chaby, and Duffy Armstrong Farrellin, which Hill stated or implied that Murray had engaged in criminal fraudulent behavior in his profession as a real estate developer. A copy of the relevant portions of Hill's text messages is being filed herewith as Exhibit 1 to this Complaint and is incorporated herein by reference.

14.     Hill's text messages (Exhibit 1) contained two links to the same news article, which was published by the Philadelphia Enquirer and republished on the www.msn.com website.  A copy of that news article, which was titled "Philly real estate influencers indicted on federal fraud charges," is being filed herewith a Exhibit 2 to this Complaint and is incorporated herein by reference.

15.     The news article (Exhibit 2) concerned the criminal indictment of Philly-based real estate investors Gregory Parker and Dannielle Parker on federal fraud charges, charging the Parkers with three counts each for wire fraud and conspiracy to commit wire fraud.

16.     Murray was not mentioned in the new article (Exhibit 2), nor is Murray an associate of Gregory Parker and Dannielle Parker.  Like the Parkers, Murray is a black (African-American) real estate investor from the Philadelphia area, but the similarities end there, and Murray is not engaged in wire fraud or any conspiracy to commit wire fraud.

17.     Despite having no proof that Murray has engaged in wire fraud or conspiracy to commit wire fraud, Hill stated in her texts (Exhibit 1) that the article "[s]ounds like someone we know." Hill continued, "You could replace Murray for Parker." (Exhibit 1.)

18.     Hill's claim that Murray had engaged in criminal fraudulent activity, like the Parkers, was false.

19.     Hill made her false statements about Murray without concern as to the truth of the statements and with malicious intent, where Hill had a personal dislike of Murray.

20.    Hill's false statements not only stated or implied that Murray had engaged in criminal behavior, but the statements also impugned Murray in his professional or business capacity, by suggesting that Murray, like the Parkers, had defrauded real estate investors.

21.    Learning that Hill has accused him of criminal behavior has caused Murray, and continues to cause Murray, emotional distress, including emotional distress that has manifested itself through physical symptoms such as headaches, fatigue, difficulty concentrating, and sleeplessness.

22.    Hill's false statements regarding Murray has damaged his personal and professional reputation.

23.    Hill's false statements have also harmed Murray financially, including by affecting business opportunities, customer confidence, vendor relationship, and potential business opportunities or investments in Murray's real estate development business.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Gary Murray, prays for relief as follows:

1.    For compensatory damages, in excess of $75,000.00, the exact amount to be determined at trial by the jury; and

2.    For punitive damages, in excess of $75,000.00, the exact amount to be determined at trial by the jury; and

3.    For costs of suit, pursuant to 735 ILCS 5/5-108 and 28 U.S.C. § 1920; and

4.    For such other relief as justice demands.

## PLAINTIFF DEMANDS A TRIAL BY JURY.

4

Respectfully submitted,

Gary Murray,
Plaintiff


By:    /s/ Robert B. McCoy
       Robert B. McCoy, IL Bar No. 6220393
       Miller, Hall & Triggs, LLC
       416 Main Street, Suite 1125
       Peoria, Illinois 61602
       Telephone: (309) 671-9600
       Fax: (309) 671-9616
       Email: robert.mccoy@mhtlaw.com